IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE CAPLAN, individually and on behalf of all others similarly situated, | : : : : Case No. 1:25-cv-13728 |
| Plaintiff, | : : |
| v. | : : |
| CONNECTAMERICA.COM, LLC, | : CERTIFICATION OF : CARLY M. ROMAN IN SUPPORT OF : MOTION FOR |
| Defendant. | : ADMISSION *PRO HAC VICE* : : JURY TRIAL DEMANDED : |
| _____/ | |

**CERTIFICATION OF CARLY M. ROMAN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Carly M. Roman, on oath, depose and state that:

1. I am an attorney with office located at Strauss Borrelli PLLC, 980 N Michigan Avenue, Suite 1610, Chicago, IL 60611-7502.

2. I am an active member of the bars of the states of Arizona, California, and Illinois. I am admitted to practice and in good standing in the following states and federal jurisdictions:

| Court | Date of Admission |
|---|---|
| State of Arizona (SBN No. 040895) | October 22, 2025 |
| State of California (SBN No. 349895) | June 12, 2023 |
| State of Illinois (SBN No. 6334371) | May 7, 2020 |
| United States District Court: Central District of California | April 21, 2025 |
| United States District Court Eastern District of California | October 9, 2025 |
| United States District Court: Northern District of California | May 30, 2025 |
| United States District Court: Southern District of California | June 4, 2025 |

| Court | Date of Admission |
|---|---|
| United States District Court: Central District of Illinois | September 21, 2022 |
| United States District Court: Northern District of Illinois | October 19, 2025 |

3. I am member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

5. I am familiar with the facts and legal issues presented in this case.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. This certification is executed in connection with Plaintiff's Motion for Admission *Pro Hac Vice*, by and through counsel, Anthony I. Paronich, to admit me *pro hac vice* for the purpose of acting as co-counsel for Plaintiff, George Caplan, in connection with this matter.

**I certify that the above information is true and correct.**

Dated:  December 4, 2025

Respectfully submitted,

*/s/ Carly M. Roman*
Carly M. Roman, *Pro Hac Vice* Applicant
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 4, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

                                                  */s/ Anthony I. Paronich*
                                                  Anthony I. Paronich