# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GEORGE CAPLAN, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **CONNECTAMERICA.COM, LLC** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:25-CV-13728-DJC ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to CONNECTAMERICA.COM, LLC in New Castle County, DE on December 11, 2025 at 8:59 am at 251 Little Falls Dr, Wilmington, DE 19808-1674 by leaving the following documents with Denise (refused last name) who as INTAKE SPECIALIST at Corporation Service Company is authorized by appointment or by law to receive service of process for CONNECTAMERICA.COM, LLC.

Category Form 1-2019
SUMMONS IN A CIVIL ACTION
JS 44 (Rev. 10/20) CIVIL COVER SHEET
COMPLAINT – CLASS ACTION, JURY TRIAL DEMANDED

White Female, est. age 45-54, glasses: N, Brown hair, 100 lbs to 120 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=39.7605033333,-75.6232916667
Photograph: See Exhibit 1


Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Philadelphia County__, __PA__ on __12/12/2025__.

/s/ *Kimberly Mcmullin*
_____
Signature
Kimberly Mcmullin
+1 (484) 319-1715



Exhibit 1a)

**Exhibit 1b)**


◀ Proof



# Today's visit to CSC HQ  Inbox

**Envoy** 8:43 AM
to me

| | |
|---|---|
| From | **Envoy** no-reply@envoy.com |
| To | Kimberly McMullin<br>kimberly.b.mcmullin@gmail.com |
| Date | Dec 11, 2025 at 8:43 AM |
| 🔒 | Standard encryption (TLS)<br>Learn more |



## Welcome to CSC

We appreciate you visiting CSC HQ today.