IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE CAPLAN, individually and on behalf
of all others similarly situated,

      Plaintiff,                Case No.: 1:25-CV-13728

v.

CONNECTAMERICA.COM, LLC,

      Defendant.

### MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

AND NOW, comes the Defendant, CONNECTAMERICA.COM, by and through its counsel, GALLAGHER & CAVANAUGH, LLP and PAUL SCHOR, ESQUIRE and files the Motion for Extension of Time to File Response to Class Action Complaint, averring as follows:

1. Plaintiff filed the above-referenced putative class action against ConnectAmerica.com, LLC alleging claims for the violation of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227 on December 6, 2025.

2. Defendant's response is currently due on December 31, 2025.

3. In light of the holidays and schedule of Defendant's counsel, Defendant seeks a brief extension until January 23, 2026, to respond to the Complaint.

4. The requested extension is sought in good faith and will not prejudice Plaintiff or delay the proceedings.

5. Counsel for Defendant has attempted to confer with Plaintiff's counsel regarding a consent motion but has not received a response to that request.

WHEREFORE, Defendant, CONNECTAMERICA.COM, LLC respectfully requests that this Honorable Court grant its Motion for Extension of Time to Respond to Class Action Complaint and enter the attached proposed Order of Court.

Respectfully submitted,

*/s/ Paul Schor*
Paul Schor, Esq. (BBO# 663523)
pauls@gcattorneys.com
Gallagher & Cavanaugh, LLP
The Gaslight Building
22 Shattuck Street
Lowell, MA 01852
(978) 452-0522

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GEORGE CAPLAN, individually and on behalf
of all others similarly situated,

       Plaintiff,                        Case No.: 1:25-CV-13728

      v.

CONNECTAMERICA.COM, LLC,

       Defendant.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** has been served upon all parties of record via email this 30th day of December 2025, as follows:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Counsel for Plaintiff*