IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE CAPLAN, individually and on behalf of all others similarly situated,

        Plaintiff,                       CASE NO.:    Case No.: 1:25-cv-13728

v.

CONNECTAMERICA.COM, LLC,

        Defendant.

## **ORDER**

AND NOW, on this _____ day of _____, 2026, upon consideration of DEFENDANT CONNECTAMERICA.COM, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.  Defendant Connectamerica.com, LLC shall file its response to Plaintiff's Complaint on or before January 23, 2026.

                              BY THE COURT:

                              _____