AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| GEORGE CAPLAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13728-DJC |
| CONNECTAMERICA.COM, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, George Caplan. I was admitted pro hac vice in this matter on December 24, 2025.

Date: 01/21/2026

/s/ Carly M. Roman
*Attorney's signature*

Carly M. Roman (Pro Hac Vice)
*Printed name and bar number*

Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
*Address*

croman@straussborrelli.com
*E-mail address*

(872) 263-1100
*Telephone number*

(872) 263-1109
*FAX number*

## **CERTIFICATE OF SERVICE**

      I, Carly M. Roman, hereby certify that on January 21, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

      DATED this 21st day of January, 2026.

                                        Respectfully submitted,

                                        By: */s/ Carly M. Roman*
                                        Carly M. Roman *(pro hac vice)*
                                        **STRAUSS BORRELLI PLLC**
                                        One Magnificent Mile
                                        980 N Michigan Avenue, Suite 1610
                                        Chicago IL, 60611
                                        Telephone: (872) 263-1100
                                        Facsimile: (872) 263-1109
                                        croman@straussborrelli.com