**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GEORGE CAPLAN, individually and on behalf
of all others similarly situated,

        Plaintiff,        Case No.: 1:25-CV-13728

    v.

CONNECTAMERICA.COM, LLC,

        Defendant.

### DEFENDANT'S MOTION TO ADMIT
### DANIELLE M. VUGRINOVICH, ESQUIRE *PRO HAC VICE*

Pursuant to Local Rule of Civil Procedure 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the Defendant, ConnectAmerica.Com, LLC, by its undersigned attorney, respectfully moves this Honorable Court for the admission *pro hac vice* of Danielle M. Vugrinovich, to appear in and conduct this case in association with Paul Schor, Esquire. In support of their Motion, Defendant states as follows:

1.    The undersigned is a member of good standing of the Bar of this Court.

2.    Danielle M. Vugrinovich maintains her principal office for the practice of law with the firm of Marshall Dennehey P.C., 501 Grant Street, Suite 700, Pittsburgh, PA 15219 and is a member of that firm. Ms. Vugrinovich's phone number is 412-803-1185. Her fax number is 412-803-1188 and her email address is dmvugrinovich@mdwcg.com.

3.    Ms. Vugrinovich is a member in good standing of bar of the Commonwealth of Pennsylvania (admitted in 2001, bar identification number 88326) and is also admitted in the United States Court of Appeals for the Third Circuit (admitted 2017), United States District Court for the Western District

of Pennsylvania (2001), the United States District Court for the Middle District of Pennsylvania (admitted 2021) and the United States District Court for the Eastern District of Pennsylvania (admitted 2022).

4. Ms. Vugrinovich has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court, or in any other Court, while facing a disciplinary complaint. There are no pending disciplinary complaints against Ms. Vugrinovich. Ms. Vugrinovich has never been the subject of any disciplinary complaint and/or action.

5. Ms. Vugrinovich's firm, Marshall Dennehey P.C., has been retained by the Defendant, ConnectAmerica.com, LLC to provide counsel and defense against the Plaintiff regarding a class action lawsuit. Ms. Vugrinovich is an attorney at Marshall Dennehey responsible for this matter.

6. Ms. Vugrinovich has read, and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Massachusetts, the Massachusetts Rules of Professional Conduct, and the General Orders for the District of Massachusetts and will adhere faithfully thereto. Ms. Vugrinovich designates the undersigned, Paul Schor, as her agent for service of process, and designates the District of Massachusetts as the forum for any dispute arising out of said attorney's admission.

7. Ms. Vugrinovich is familiar with the local rules of this Court, and has agreed to submit to the disciplinary jurisdiction of this Court, and of the State Bar of Massachusetts.

8. Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, a fee of one-hundred twenty-five dollars ($125.00) has been paid to the Clerk of the Court contemporaneously with the filing of this Motion.

WHEREFORE, the Defendant respectfully requests that the Motion be granted, and that this Court enter an Order granting Danielle M. Vugrinovich *pro hac vice* admission to represent ConnectAmerica.com,

LLC in the defending and trial of this case and in all proceedings attendant thereto in association with Paul Schor, Esquire.

DATED:  January 23, 2026

                                                        RESPECTFULLY SUBMITTED BY:

 Respectfully submitted,
*/s/ Paul Schor*
Paul Schor, BBO# 663523
Gallagher & Cavanaugh LLP
The Gaslight Building
22 Shattuck Street
Lowell, MA 01852
(978) 452-0522
pauls@gcattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE CAPLAN, individually and on behalf
of all others similarly situated,

       Plaintiff,                      Case No.: 1:25-CV-13728

    v.

CONNECTAMERICA.COM, LLC,

       Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANTS' MOTION TO ADMIT DANIELLE M. VUGRINOVICH, ESQUIRE *PRO HAC VICE*** has been served upon all parties of record via ECF:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
*Counsel for Plaintiff*


                         /s/*Paul Schor*