IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE CAPLAN, individually and on behalf of all others similarly situated,

        Plaintiff,                Case No.: 1:25-CV-13728

    v.

CONNECTAMERICA.COM, LLC,

        Defendant.

---

**ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF DANIELLE M. VUGRINOVICH**

---

      This matter is before the Court on the Motion of counsel, Paul Schor, to allow DANIELLE M. VUGRINOVICH to appear *pro hac vice* on behalf of Defendant, ConnectAmerica.com, LLC, in this action. In accordance with United States District Court for the District of Massachusetts Local Rule 83.5.3 and the Court being in all ways sufficiently advised, the Court finds the Motion to be well-taken. Accordingly, DANIELLE M. VUGRINOVICH is admitted *pro hac vice* in this action on behalf of Defendant, ConnectAmerica.com, LLC

    **IT IS SO ORDERED.**

                                                                _____
                                                                Honorable Denise J. Casper
                                                                United States District Court Chief Judge