IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE CAPLAN, individually and on behalf of all others similarly situated,

        Plaintiff,                      Case No.:  1:25-CV-013728-DJC

      v.

CONNECTAMERICA.COM, LLC,

        Defendant.

## ENTRY OF APPEARANCE

Kindly enter the appearance of MARSHALL DENNEHEY, P.C. and DANIELLE M. VUGRINOVICH, ESQUIRE on behalf of Defendant, CONNECTAMERICA.COM, LLC, in connection with the above-captioned matter.

                      Respectfully submitted,

                      **MARSHALL DENNEHEY, P.C.**

BY: _/s/ Danielle M. Vugrinovich_
                      Danielle M. Vugrinovich, Esquire
                      PA ID #88326
                      **Attorney for Defendant,**
                      **Connectamerica.com, LLC**
                      Union Trust Building, Suite 700
                      501 Grant Street
                      Pittsburgh, PA  15219
                      412 803-1185
                      412 803-1188/fax
                      dmvugrinovich@mdwcg.com