IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE CAPLAN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | CASE NO.: 1:25-CV-13728-DLC |
| v. | |
| CONNECTAMERICA.COM, LLC, | |
| Defendant. | **JURY TRIAL DEMANDED** |

## CERTIFICATION OF THE DEFENDANT PURSUANT TO LOCAL RULE 16.1(d)(3)

The undersigned hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

BY: _____
Danielle M. Vugrinovich, Esquire
PA ID #88326
Admission *Pro Hac Vice*
**Attorney for Defendant, Connect America.com, LLC**

Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
412 803-1185

1

412 803-1188/fax
dmvugrinovich@mdwcg.com

Respectfully Submitted,

By: _____
Aaron Nye
Chief Operating Officer
Connect America.com, LLC

**CERTIFICATE OF SERVICE**

I, Danielle M. Vugrinovich, Esquire, hereby certify that this document was served on February 10, 2026 in the following manner: electronically served through the ECF system and paper copies sent to those indicated as non-registered participants.

/s/ *Danielle Vugrinovich*
Danielle Vugrinovich, Esq.

2