IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE CAPLAN, individually and on behalf of all others similarly situated, | : <br> : No. 1:25-CV-13728-DLC <br> : |
| Plaintiff, | : <br> : **JOINT STATEMENT** <br> : |
| v. | : <br> : |
| CONNECTAMERICA.COM, LLC, | : <br> : |
| Defendant. | : <br> : |
| _____/ | |

**PLAINTIFF'S CERTIFICATION PURSUAT TO LOCAL RULE 16.1(d)(3)**

Pursuant to Local Rule 16.1(d)(3), Plaintiff and his attorneys hereby certify that they have conferred:

1. with a view toward establishing a budget for the costs of conducting the full course, and various alternative courses of this litigation; and

2. to consider the resolution of this litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

*George Caplan*
_____
George Caplan

Dated: February 13, 2026

*/s/ Carly M. Roman*
Carly M. Roman *(pro hac vice)*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Carly M. Roman*
Carly M. Roman

Doc ID: 100d6d129ce19ac87b218700f4633f4791400650