**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**AT BOSTON**

**GEORGE CAPLAN**, on behalf of himself and all others similarly situated,

Plaintiff,

v.

**CONNECTAMERICA.COM, LLC,**

Defendant.

Case No. 1:25-cv-13728-DJC

Hon. Chief District Judge Denise J. Casper

**JOINT STIPULATION TO DISMISS**

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action without prejudice with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 30th day of October, 2026.

*/s/ Carly M. Roman*
Carly Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff*

*/s/ Paul Schor*
Paul Schor
**GALLAGHER & CAVANAUGH LLP**
The Gaslight Building
22 Shattuck Street
Lowell, MA 01852
[t] (978) 452-0522
pauls@gcattorneys.com

Danielle M. Vugrinovich
**MARSHALL DENNEHEY**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
[t] (412) 803-1185
[f] (412) 803-1188
dmvugrinovich@mdwcg.com

*Counsel for Defendant*
*ConnectAmerica.com, LLC*

**CERTIFICATE OF SERVICE**

I, Carly M. Roman, hereby certify that on October 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 30th day of October, 2026.

*/s/ Carly M. Roman*

Carly Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff*